IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:14cr28 |
| | § | |
| RENE TAMEZ (21) | § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Before the court is Defendant's motion for continuance [de#197]. The court finds as follows:

1. The request for continuance is made knowingly, intelligently and voluntarily;

2. There are no objections by the Government to a continuance of the case;

3. The ends of justice served by granting the Defendant's request outweigh the best interest of the public and the Defendants in a speedy trial; and

4. This continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

Defendant's motion is **GRANTED,** and this case is **RESET** for a pretrial hearing on **Tuesday, September 2, 2014, at 9:00 a.m. IN THE INTEREST OF JUDICIAL ECONOMY, this order will apply to the following defendants in this case: David Brown (1), Megan Evans (3), Lance Moore (4), Avery Greene (5), Coy Barker (6), Tamara Lindquist (7), Aaron Pennington (8), Wade Starr (9), Jonathan Waddle (10), Peggy White (11), Linda Wilson (12), Mark Hodges (13), George Parr (14), Jeremy Brown (15), Jerry Bostic (16), Michael Mount (20), Rene Tamez (21), Bart Raines (23).**

**SIGNED this the 2nd day of July, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE